UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RASHEED AL RUSHAID, ET AL | CIVIL ACTION NO. 11-3390 |
| VS. | JUDGE ELLISON |
| NATIONAL OILWELL VARCO, INC., ET AL | MAGISTRATE HANKS |

## CONSENT JUDGMENT

Defendants' Motion to Compel Responses by Plaintiffs was scheduled for hearing before this Honorable Court on May 31, 2012 at 2:30 p.m.

Considering the pleadings, the Motion to Compel, the record, the law and evidence and by consent and agreement of counsel;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Al Rushaid Parker Drilling, Ltd. will provide within ~~thirty (30)~~ forty-five (45) days complete and full responses to Interrogatory Nos. 7, 8, 9, 10, 13 and 14 propounded by Grant Prideco, LP and Grant Prideco Holding, LLC, and that Plaintiff Al Rushaid Parker Drilling, Ltd. will provide within ~~thirty (30)~~ forty-five (45) days complete and full responses to all Requests for Production propounded by Grant Prideco, LP and Grant Prideco Holding, LLC, identifying with specificity, by bates number, which documents are responsive to each specific request.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Al Rushaid Parker Drilling, Ltd. will provide within ~~thirty (30)~~ forty-five (45) days complete and full responses to Interrogatory Nos. 15, 16, 19, 21, 22 and 25 propounded by National Oilwell Varco Inc., and that Plaintiff Al Rushaid Parker Drilling, Ltd. will provide within ~~thirty (30)~~ forty-five (45) days complete and full

{N2472047.1}   1

responses to all Requests for Production propounded by National Oilwell Varco Inc., identifying with specificity, by bates number, which documents are responsive to each specific request.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Al Rushaid Petroleum Investment Corp. will provide within ~~thirty (30)~~ forty-five (45) days complete and full responses to Interrogatory Nos. 7, 8, 9, 10, 13 and 14 propounded by Grant Prideco, LP and Grant Prideco Holding, LLC, and that Plaintiff Al Rushaid Petroleum Investment Corp. will provide within forty-five (45) ~~thirty (30)~~ days complete and full responses to all Requests for Production propounded by Grant Prideco, LP and Grant Prideco Holding, LLC, identifying with specificity, by bates number, which documents are responsive to each specific request.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Al Rushaid Petroleum Investment Corp. will provide within forty-five (45) ~~thirty (30)~~ days complete and full responses to Interrogatory Nos. 15, 16, 19, 20 and 21 propounded by National Oilwell Varco, Inc., and that Plaintiff Al Rushaid Petroleum Investment Corp. will provide within forty-five (45) ~~thirty (30)~~ days complete and full responses to all Requests for Production propounded by National Oilwell Varco, Inc., identifying with specificity, by bates number, which documents are responsive to each specific request.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff ~~Al~~ Rasheed al Rushaid will provide within forty-five (45) ~~thirty (30)~~ days complete and full responses to Interrogatory Nos. 5, 6, 7, 8, 11 and 12 propounded by Grant Prideco, LP and Grant Prideco Holding, LLC and that Plaintiff ~~Al~~ Rasheed al Rushaid will provide within forty-five (45) ~~thirty (30)~~ days complete and full responses to all Requests for Production propounded by Grant Prideco, LP and Grant Prideco Holding, LLC, identifying with specificity, by bates number, which documents are responsive to each specific request.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Al Rasheed al Rushaid will provide within ~~thirty (30)~~ forty-five (45) days complete and full responses to Interrogatory Nos. 8, 15, 17, 20 and 22 propounded by National Oilwell Varco Inc. and that Plaintiff Al Rasheed al Rushaid will provide within ~~thirty (30)~~ forty-five (45) days complete and full responses to all Requests for Production propounded by National Oilwell Varco Inc., identifying with specificity, by bates number, which documents are responsive to each specific request.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that should it become necessary for Defendants to file a Rule for Contempt to enforce this Consent Judgment that, Plaintiffs shall be responsible for costs and attorneys fees associated with the filing of same.

Houston, Texas, this 31st day of May, 2012.

_____
Keith P. Ellison
United States District Judge

Larry D Kuypsa
Attorney for Plaintiffs

C. Barrett Rice
Attorney for Defendants